IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


SHULER DRILLING COMPANY, INC.

                                                                    PLAINTIFF

V.                              Case No. 11-CV-1049


SOUTHERN MANAGEMENT SERVICES, INC.                    DEFENDANT

V.

SUPERIOR WELL DRILLING, LLC                THIRD PARTY DEFENDANT


### JUDGMENT

Now on this 25th day of November, 2014, for reasons stated in its Findings of Fact and Conclusions of Law, the Court hereby enters judgment as follows:

1.  The Court orders Lion Oil disburse the $60,409.86 that it is holding for Southern as follows:  $53,672.45 to Shuler and $6,737.41 to Southern.

2.  The Court awards Shuler is a judgment in the amount of $906,451.17 against Southern, which represents the total amount of unpaid invoices.

3.  The Court awards Southern a judgment in the amount of $151,439.29 against Superior, which represents the cost of two 2008 Ford F-150 trucks, twenty drill collars, and a hex kelly.  The Court also awards Southern possession of the following equipment purchased with Southern's $1 million contribution:  two Weatherford pumps and 10,000 feet of drill pipe.

IT IS SO ORDERED.

                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge