IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHULER DRILLING COMPANY, INC().                                         PLAINTIFF

v.                         Case No. 1:11-cv-1049

SOUTHERN MANAGEMENT
SERVICES, INC.                                                          DEFENDANT

v.

SUPERIOR WELL DRILLING, LLC                              THIRD-PARTY DEFENDANT

## ORDER

On October 12, 2016, Plaintiff filed a Motion for Sanctions and Attorneys Fees. ECF No. 62. Two days later, Plaintiff filed an Amended Motion for Sanctions and Attorney Fees. ECF No. 64. Because the original motion has been amended, the Court finds that the original motion (ECF No. 62) should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 14th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge